[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 6, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-12732
Non-Argument Calendar

_____

D. C. Docket No. 05-60302-CR-JIC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RONALD KELLY YOUNG,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(November 6, 2006)**

Before ANDERSON, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Ronald Kelly Young in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Young's conviction and sentence are **AFFIRMED**.